**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Baker Jabbar Fouad, | No. CV-22-00099-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Antony Blinken, et al., | |
| Defendants. | |

On February 28, 2022, Plaintiff Baker Jabbar Fouad ("Plaintiff") filed a Petition for a Writ of Mandamus and a Complaint for Injunctive Relief pursuant to the Immigration and Nationality Act, 8 U.S.C. § 1101, *et seq.*, the Administrative Procedures Act, 5 U.S.C. § 701, *et seq.*, and 28 U.S.C. §§ 1331 and 1361, *et seq.* (Doc. 1.) Pending before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 13.)

Federal Rule of Civil Procedure 41(a)(1)(A)(i) governs voluntary dismissals filed by a plaintiff. A plaintiff may dismiss his or her action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. *See American Soccer Co., Inc. v. Score First Enterprises*, 187 F.3d 1108 (9th Cir.1999) (internal citations and quotations omitted). Here, Plaintiff has met the requirements under the applicable Rule and there is no further action for this Court to take other than to ensure that the Clerk of Court terminates this action. Accordingly,

**IT IS ORDERED DIRECTING** the Clerk to terminate this action given Plaintiff's notice of voluntary dismissal (Doc. 13) under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this 9th day of May, 2022.

Honorable John C. Hinderaker
United States District Judge